AT&T  11:27 AM  40% 

< 1    C    

**Coach Charles**

Mon, May 22, 12:44 PM

On Wednesday May 10th at 8:30am I went to interview at Louisiana College for the open secondary coaching position. At this time I had to meet with the president of the college Rock Brewer. He did most of the talking asking me very few questions. He asked me what my... ›

Can you read that and tell me if that sounds about right he needed details

Yes sir that's correct details. Just make sure that you say 'through the Athletic Director, Rick Brewer said that he will not move forward with hiring the young man of Jewish descent'
That makes it not just my word versus his, it brings the 3rd party in there that he also told.

Awesome thanks man

No prob

  iMessage

     



EXHIBIT
C.