U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 4 2019

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHSUA BONADONA | DOCKET NO. 1:18-cv-00224 |
| VERSUS | |
| LOUISIANA COLLEGE AND RICK BREWER | JUDGE DEE D. DRELL<br>MAG. JUDG PEREZ-MONTES |

## RULING

Before the court are Plaintiff's motion for partial summary judgment (Doc. 34) and Defendants' motion to strike exhibits thereto (Doc. 39). For the foregoing reasons, we deny both motions as moot.

In his motion for partial summary judgment, Bonadona requests the court issue a judgment ruling he is of Jewish heritage and, as a matter of law, is entitled to racial protection under Title VII of the 1964 Civil Rights Act. (Doc. 34). On August 28, 2019, we issued a ruling and judgment as to a motion for summary judgment filed by Defendants. (Docs. 52 and 53). Therein, we made a factual finding that Mr. Bonadona was of Jewish heritage, as there was no contested issue regarding the same, and we ruled Bonadona's Title VII claim for racial discrimination was dismissed with prejudice as he did not belong to a racially protected class.

In light of this prior ruling and judgment, we find that Bonadona's motion for partial summary judgment should be denied as moot. Accordingly, Defendant's motion to strike exhibits to the motion for partial summary judgment is also denied as moot.

The court will issue a judgment in conformity with these findings.

**SIGNED** this \_\_\_\_ day of September 2019, at Alexandria, Louisiana

                                                **DEE D. DRELL**
                                     **UNITED STATES DISTRICT JUDGE**